CONSENT TO JOIN COLLECTIVE ACTION

By my signature below, I hereby consent to join the lawsuit, entitled Ashleigh Mason, et al., v. Lumber Liquidators, Inc. brought pursuant to the Fair Labor Standards Act, the New York State Labor Law, and the New York Code of Rules and Regulations.

By signing below, I state that I am currently or was formerly employed by the Defendant at some point during the previous six years.  I was required to work for the Defendant in excess of forty (40) hours per week without being properly compensated for overtime and all hours worked in accordance with state and federal law.

I hereby designate the law firm of Stevenson Marino LLP ("Plaintiff's Counsel") to represent me in the suit for all purposes and to make decisions on my behalf concerning the litigation and settlement.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

I also designate Dan Morse, Osagie Ehigie, Ashleigh Mason, and Ryan Carroll (collective, the "Named Plaintiffs"), the class representatives who brought the above-referenced lawsuit, as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting the litigation.  I also state that I have entered into my own retainer agreement with Plaintiff's Counsel or consent to the retainer agreement entered into by the Named Plaintiffs, concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

AGREED AND ACCEPTED:

Signature: _____ *Consuela Richard* _____
(DocuSigned by: 9BCD4B89499A4CD...)

Name (print): _____Consuela Richard_____

Date: _____8/25/2017_____