CONSENT TO JOIN COLLECTIVE ACTION

By my signature below, I hereby consent to join the lawsuit, entitled Ashleigh Mason, et al., v. Lumber Liquidators, Inc. brought pursuant to the Fair Labor Standards Act, the New York State Labor Law, and the New York Code of Rules and Regulations.

By signing below, I state that I am currently or was formerly employed by the Defendant as a Store Manager In Training and/or Store Manager at some point during the previous six years. I was required to work for the Defendant in excess of forty (40) hours per week without being properly compensated for overtime and all hours worked in accordance with state and federal law.

I hereby designate the law firm of Stevenson Marino LLP ("Plaintiff's Counsel") to represent me in the suit for all purposes and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

I also designate Dan Morse, Osagie Ehigie, Ashleigh Mason, Ryan Carroll, and/or Travis Streeter (collective, the "Named Plaintiffs"), the class representatives who brought the above-referenced lawsuit, as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting the litigation. I also state that I have entered into my own retainer agreement with Plaintiff's Counsel or consent to the retainer agreement entered into by the Named Plaintiffs, concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

AGREED AND ACCEPTED:

Signature: _____ (DocuSigned by: [signature] 5B0449C86E9346F...)

Name (print): Nereda "Neddie" Bodnar

Date: 11/6/2017

## CONSENT TO JOIN COLLECTIVE ACTION

By my signature below, I hereby consent to join the lawsuit, entitled Ashleigh Mason, et al., v. Lumber Liquidators, Inc. brought pursuant to the Fair Labor Standards Act, the New York State Labor Law, and the New York Code of Rules and Regulations.

By signing below, I state that I am currently or was formerly employed by the Defendant at some point during the previous six years.  I was required to work for the Defendant in excess of forty (40) hours per week without being properly compensated for overtime and all hours worked in accordance with state and federal law.

I hereby designate the law firm of Stevenson Marino LLP ("Plaintiff's Counsel") to represent me in the suit for all purposes and to make decisions on my behalf concerning the litigation and settlement.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

I also designate Dan Morse, Osagie Ehigie, Ashleigh Mason, and Ryan Carroll (collective, the "Named Plaintiffs"), the class representatives who brought the above-referenced lawsuit, as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting the litigation.  I also state that I have entered into my own retainer agreement with Plaintiff's Counsel or consent to the retainer agreement entered into by the Named Plaintiffs, concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

AGREED AND ACCEPTED:

Signature: _____
DocuSigned by: [signature]
3897BC8E7B894E7...

Name (print): __Steve Lane_____

Date: __9/12/2017_____

## CONSENT TO JOIN COLLECTIVE ACTION

By my signature below, I hereby consent to join the lawsuit, entitled Ashleigh Mason, et al., v. Lumber Liquidators, Inc. brought pursuant to the Fair Labor Standards Act, the New York State Labor Law, and the New York Code of Rules and Regulations.

By signing below, I state that I am currently or was formerly employed by the Defendant at some point during the previous six years. I was required to work for the Defendant in excess of forty (40) hours per week without being properly compensated for overtime and all hours worked in accordance with state and federal law.

I hereby designate the law firm of Stevenson Marino LLP ("Plaintiff's Counsel") to represent me in the suit for all purposes and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

I also designate Dan Morse, Osagie Ehigie, Ashleigh Mason, and Ryan Carroll (collective, the "Named Plaintiffs"), the class representatives who brought the above-referenced lawsuit, as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting the litigation. I also state that I have entered into my own retainer agreement with Plaintiff's Counsel or consent to the retainer agreement entered into by the Named Plaintiffs, concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

AGREED AND ACCEPTED:

Signature: *Consuela Richard*
DocuSigned by: 9BCD4B89499A4CD...

Name (print): Consuela Richard

Date: 8/25/2017

CONSENT TO JOIN COLLECTIVE ACTION

By my signature below, I hereby consent to join the lawsuit, entitled Ashleigh Mason, et al., v. Lumber Liquidators, Inc. brought pursuant to the Fair Labor Standards Act, the New York State Labor Law, and the New York Code of Rules and Regulations.

By signing below, I state that I am currently or was formerly employed by the Defendant at some point during the previous six years.  I was required to work for the Defendant in excess of forty (40) hours per week without being properly compensated for overtime and all hours worked in accordance with state and federal law.

I hereby designate the law firm of Stevenson Marino LLP ("Plaintiff's Counsel") to represent me in the suit for all purposes and to make decisions on my behalf concerning the litigation and settlement.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

I also designate Dan Morse, Osagie Ehigie, Ashleigh Mason, and Ryan Carroll (collective, the "Named Plaintiffs"), the class representatives who brought the above-referenced lawsuit, as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting the litigation.  I also state that I have entered into my own retainer agreement with Plaintiff's Counsel or consent to the retainer agreement entered into by the Named Plaintiffs, concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

AGREED AND ACCEPTED:

Signature: _____*Jefferson Van Vorhis*_____
DocuSigned by:
5C8631DB83134AA...

Name (print): _____Jefferson Van Vorhis_____

Date: _____11/6/2017_____

## CONSENT TO JOIN COLLECTIVE ACTION

By my signature below, I hereby consent to join the lawsuit, entitled Ashleigh Mason, et al., v. Lumber Liquidators, Inc. brought pursuant to the Fair Labor Standards Act, the New York State Labor Law, and the New York Code of Rules and Regulations.

By signing below, I state that I am currently or was formerly employed by the Defendant at some point during the previous six years.  I was required to work for the Defendant in excess of forty (40) hours per week without being properly compensated for overtime and all hours worked in accordance with state and federal law.

I hereby designate the law firm of Stevenson Marino LLP ("Plaintiff's Counsel") to represent me in the suit for all purposes and to make decisions on my behalf concerning the litigation and settlement.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

I also designate Dan Morse, Osagie Ehigie, Ashleigh Mason, and Ryan Carroll (collective, the "Named Plaintiffs"), the class representatives who brought the above-referenced lawsuit, as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting the litigation.  I also state that I have entered into my own retainer agreement with Plaintiff's Counsel or consent to the retainer agreement entered into by the Named Plaintiffs, concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

AGREED AND ACCEPTED:

Signature: _____
DocuSigned by: Linda Chilcote
3ACA9BC8738E4B7...

Name (print): ____Linda Chilcote_____

Date: ____9/13/2017_____

CONSENT TO JOIN COLLECTIVE ACTION

By my signature below, I hereby consent to join the lawsuit, entitled Ashleigh Mason, et al., v. Lumber Liquidators, Inc. brought pursuant to the Fair Labor Standards Act, the New York State Labor Law, and the New York Code of Rules and Regulations.

By signing below, I state that I am currently or was formerly employed by the Defendant at some point during the previous six years. I was required to work for the Defendant in excess of forty (40) hours per week without being properly compensated for overtime and all hours worked in accordance with state and federal law.

I hereby designate the law firm of Stevenson Marino LLP ("Plaintiff's Counsel") to represent me in the suit for all purposes and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

I also designate Dan Morse, Osagie Ehigie, Ashleigh Mason, and Ryan Carroll (collective, the "Named Plaintiffs"), the class representatives who brought the above-referenced lawsuit, as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting the litigation. I also state that I have entered into my own retainer agreement with Plaintiff's Counsel or consent to the retainer agreement entered into by the Named Plaintiffs, concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

AGREED AND ACCEPTED:

Signature: *Vince Harmon* (DocuSigned by: F8940826DBC641A...)

Name (print): Vince Harmon

Date: 11/6/2017

CONSENT TO JOIN COLLECTIVE ACTION

By my signature below, I hereby consent to join the lawsuit, entitled Ashleigh Mason, et al., v. Lumber Liquidators, Inc. brought pursuant to the Fair Labor Standards Act, the New York State Labor Law, and the New York Code of Rules and Regulations.

By signing below, I state that I am currently or was formerly employed by the Defendant at some point during the previous six years. I was required to work for the Defendant in excess of forty (40) hours per week without being properly compensated for overtime and all hours worked in accordance with state and federal law.

I hereby designate the law firm of Stevenson Marino LLP ("Plaintiff's Counsel") to represent me in the suit for all purposes and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

I also designate Dan Morse, Osagie Ehigie, Ashleigh Mason, and Ryan Carroll (collective, the "Named Plaintiffs"), the class representatives who brought the above-referenced lawsuit, as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting the litigation. I also state that I have entered into my own retainer agreement with Plaintiff's Counsel or consent to the retainer agreement entered into by the Named Plaintiffs, concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

AGREED AND ACCEPTED:

Signature: _____
DocuSigned by: [signature]
090A53C8D1CE4AB...

Name (print): Daniel Schlueter

Date: 9/11/2017

DocuSign Envelope ID: C33F241C-B14B-4734-A7CD-6006A704E67D

## CONSENT TO JOIN COLLECTIVE ACTION

By my signature below, I hereby consent to join the lawsuit, entitled Ashleigh Mason, et al., v. Lumber Liquidators, Inc. brought pursuant to the Fair Labor Standards Act, the New York State Labor Law, and the New York Code of Rules and Regulations.

By signing below, I state that I am currently or was formerly employed by the Defendant at some point during the previous six years.  I was required to work for the Defendant in excess of forty (40) hours per week without being properly compensated for overtime and all hours worked in accordance with state and federal law.

I hereby designate the law firm of Stevenson Marino LLP ("Plaintiff's Counsel") to represent me in the suit for all purposes and to make decisions on my behalf concerning the litigation and settlement.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

I also designate Dan Morse, Osagie Ehigie, Ashleigh Mason, and Ryan Carroll (collective, the "Named Plaintiffs"), the class representatives who brought the above-referenced lawsuit, as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting the litigation.  I also state that I have entered into my own retainer agreement with Plaintiff's Counsel or consent to the retainer agreement entered into by the Named Plaintiffs, concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

AGREED AND ACCEPTED:

Signature: _____ (DocuSigned by: F46986AD01A3411...)

Name (print): Mike Flood _____

Date: 9/15/2017 _____

CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in a collective and class action, to contest the alleged failure of Lumber Liquidators, Inc. and/or its parent, subsidiary, predecessor, successor, affiliated, and related companies, including their individual owners (the "Company"), to pay me overtime wages as required under state and/or federal law and also authorize the filing of this consent in a lawsuit challenging such conduct I hereby designate the law firm of Stevenson Marino LLP to represent me in the suit and to make decisions on my behalf concerning the litigation and settlement I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I also consent to join any separate or subsequent action or arbitration proceeding to assert my claim against the Company and/or other entities and/or persons potentially liable.

AGREED AND ACCEPTED:

Signature: _____
Travis Streeter

Date: 9/25/2017

CONSENT TO JOIN COLLECTIVE ACTION

By my signature below, I hereby consent to join the lawsuit, entitled Ashleigh Mason, et al., v. Lumber Liquidators, Inc. brought pursuant to the Fair Labor Standards Act, the New York State Labor Law, and the New York Code of Rules and Regulations.

By signing below, I state that I am currently or was formerly employed by the Defendant at some point during the previous six years.  I was required to work for the Defendant in excess of forty (40) hours per week without being properly compensated for overtime and all hours worked in accordance with state and federal law.

I hereby designate the law firm of Stevenson Marino LLP ("Plaintiff's Counsel") to represent me in the suit for all purposes and to make decisions on my behalf concerning the litigation and settlement.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

I also designate Dan Morse, Osagie Ehigie, Ashleigh Mason, and Ryan Carroll (collective, the "Named Plaintiffs"), the class representatives who brought the above-referenced lawsuit, as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting the litigation.  I also state that I have entered into my own retainer agreement with Plaintiff's Counsel or consent to the retainer agreement entered into by the Named Plaintiffs, concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

AGREED AND ACCEPTED:

Signature: _____
DocuSigned by:
88A850EC893249D...

Name (print): Christopher Portis

Date: 10/12/2017

CONSENT TO JOIN COLLECTIVE ACTION

By my signature below, I hereby consent to join the lawsuit, entitled Ashleigh Mason, et al., v. Lumber Liquidators, Inc. brought pursuant to the Fair Labor Standards Act, the New York State Labor Law, and the New York Code of Rules and Regulations.

By signing below, I state that I am currently or was formerly employed by the Defendant at some point during the previous six years. I was required to work for the Defendant in excess of forty (40) hours per week without being properly compensated for overtime and all hours worked in accordance with state and federal law.

I hereby designate the law firm of Stevenson Marino LLP ("Plaintiff's Counsel") to represent me in the suit for all purposes and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

I also designate Dan Morse, Osagie Ehigie, Ashleigh Mason, and Ryan Carroll (collective, the "Named Plaintiffs"), the class representatives who brought the above-referenced lawsuit, as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting the litigation. I also state that I have entered into my own retainer agreement with Plaintiff's Counsel or consent to the retainer agreement entered into by the Named Plaintiffs, concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

AGREED AND ACCEPTED:

Signature: _____
DocuSigned by: [signature]
1143A3768E334AA...

Name (print): John Dixon _____

Date: 10/17/2017 _____

CONSENT TO JOIN COLLECTIVE ACTION

By my signature below, I hereby consent to join the lawsuit, entitled Ashleigh Mason, et al., v. Lumber Liquidators, Inc. brought pursuant to the Fair Labor Standards Act, the New York State Labor Law, and the New York Code of Rules and Regulations.

By signing below, I state that I am currently or was formerly employed by the Defendant at some point during the previous six years. I was required to work for the Defendant in excess of forty (40) hours per week without being properly compensated for overtime and all hours worked in accordance with state and federal law.

I hereby designate the law firm of Stevenson Marino LLP ("Plaintiff's Counsel") to represent me in the suit for all purposes and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

I also designate Dan Morse, Osagie Ehigie, Ashleigh Mason, and Ryan Carroll (collective, the "Named Plaintiffs"), the class representatives who brought the above-referenced lawsuit, as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting the litigation. I also state that I have entered into my own retainer agreement with Plaintiff's Counsel or consent to the retainer agreement entered into by the Named Plaintiffs, concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

AGREED AND ACCEPTED:

Signature: _____Nick Kapsidelis_____
(DocuSigned by: 48E5B922231F4FF...)

Name (print): ___Nick Kapsidelis_____

Date: ___11/18/2017_____