ROANNE L. MANN                                      DATE: December 19, 2017
UNITED STATES MAGISTRATE JUDGE       START: 12:05 pm
                                                                 END: 12:40 pm

DOCKET NO: 17-cv-04780 (MKB)

CASE: Mason et al v. Lumber Liquidators, Inc.

☑ INITIAL CONFERENCE              ☐ OTHER/ORDER TO SHOW CAUSE
☐ DISCOVERY CONFERENCE        ☐ FINAL/PRETRIAL CONFERENCE
☐ SETTLEMENT CONFERENCE       ☐ TELEPHONE CONFERENCE
☐ MOTION HEARING                   ☐ INFANT COMPROMISE HEARING

PLAINTIFF                                     ATTORNEY: Justin Marino

DEFENDANT                                 ATTORNEY: Noel Tripp

☐ FACT DISCOVERY TO BE COMPLETED BY June 8, 2018
☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
☐ PL. TO SERVE DEF. BY: _____      DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Initial disclosures shall be completed by January 5, 2018. The Court encourages the parties to enter into a tolling stipulation, and plaintiffs to defer their contemplated motion for conditional certification. Plaintiffs' pleading may be further amended until January 12, 2018; defendant has until February 9, 2018 to amend its pleading. The case is sent for court-annexed mediation; a joint status report is due by April 6, 2018. The Court defers scheduling expert discovery. Plaintiffs' counsel requests for a premotion conference