UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
ASHLEIGH MASON, DAN MORSE, RYAN CARROLL, and OSAGIE EHIGIE, on behalf of themselves and all others similarly-situated,

                   Plaintiffs,

-against-

LUMBER LIQUIDATORS, INC.,

                   Defendant.
-----------------------------------------------------------------------x

Civ. No.: 17-cv-04780

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

       Please take notice that I hereby enter my appearance as attorney of record in this case for Defendant Lumber Liquidators, Inc. I certify that I am admitted to practice in this Court.

Dated:  Melville, New York
           December 20, 2017

                                 JACKSON LEWIS P.C.
                                 *ATTORNEYS FOR DEFENDANT*
                                 58 South Service Road, Suite 250
                                 Melville, New York 11747
                                 (631) 247-0404
                                 lauren.grassotti@jacksonlewis.com

                      By:     */s/ Lauren B. Grassotti*
                                Lauren B. Grassotti

4839-1843-9000, v. 1