UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ASHLEIGH MASON, DAN MORSE, RYAN CARROLL, OSAGIE EHIGIE, and TRAVIS STREETER, on behalf of themselves and all others similarly-situated,

        Plaintiffs,

-against-

LUMBER LIQUIDATORS, INC.,

        Defendant.
-----------------------------------------------------------------x

Civ. No.: 17-cv-04780 (MKB)(RLM)

**JOINT STIPULATION SETTING MEDIATION DATE**

The attorneys for Ashleigh Mason, Dan Morse, Ryan Carroll, Osagie Ehigie, and Travis Streeter (collectively, the "Plaintiffs") and the attorneys for Lumber Liquidators, Inc. (the "Defendant"), hereby jointly stipulate to, and request the Court's approval of, mediation before A. Jonathan Trafimow (the "Mediator") on August 6, 2018. Pursuant to the Court's June 19, 2018 Status Report Order, the Parties endeavored to find a mutually agreeable mediation date in July 2018, but due to the Parties' and the Mediator's work and travel schedules, the agreed upon August 6, 2018 date was the earliest date available. Accordingly, we further request that the parties be required to submit a joint status report on August 13, 2018, as opposed to July 27, 2018.

[INTENTIONALLY OMITTED]

Dated: July 6, 2018

| | |
|---|---|
| STEVENSON MARINO LLP | LITTLER MENDELSON P.C. |
| By: _____ | By: _/s/ Christine L. Hogan_____ |
| Justin R. Marino, Esq. | Christine L. Hogan |
| 75 Maiden Lane, Suite 402 | 900 Third Avenue |
| New York, NY 10038 | New York, NY 10022-3298 |
| 212.939.7228 (o) | 212.583.2676 (o) |
| Attorneys for Plaintiffs | Attorneys for Defendant |

SO ORDERED:

_____

2