

Justin R. Marino, Principal   d: (212) 939 – 7228   f: (212) 531-6129
a: 75 Maiden Lane, Suite 402, New York, NY 10038   e: jmarino@stevensonmarino.com

August 13, 2018

VIA ECF

Honorable Roanne L. Mann
Chief United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: Mason et al. v. Lumber Liquidators
    17-cv-04780 (MKB) (RLM)

Dear Chief Magistrate Judge Mann:

  This office represents Plaintiffs in the above-captioned case. We write together with Defendant's counsel, as required by the Court's July 9 Order, to provide a joint status report concerning the parties' mediation. Specifically, the parties met on August 6 to mediate before Jonathan Trafimow, but were unable to resolve our disputes. As a result, the parties will proceed with litigation.

          Very truly yours,

          **/s/ Justin R. Marino**

          Justin R. Marino

cc: Defendant's Counsel (via ECF)