

**Littler Mendelson, PC**
900 Third Avenue
New York, NY  10022.3298


Christine L. Hogan
212.583.2676 direct
212.583.9600 main
212.898.1116 fax
clhogan@littler.com

January 7, 2019

**VIA ECF**

Chief Magistrate Judge Roanne L. Mann
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Mason v. Lumber Liquidators, Inc.,* **Case No. 17-CV-4780 (MKB) (RLM)**

Dear Judge Mann,

This office represents Defendant Lumber Liquidators, Inc. ("Defendant") in the above-referenced matter.

Per Your Honor's Order dated November 19, 2018, the Court granted Plaintiffs' motion to compel responses to Plaintiffs' First Set of Requests for Admissions (RFAs), "but only as to putative class members whose declarations are included in Defendant's opposition to conditional certification." *See* Dkt. 49.

Defendant hereby withdraws the declarations of Andrew Blehm (Dkt. 55-2), Frank Caracciolo (Dkt. 55-4), Sarah Dodson (Dkt 55-7), and Barry Dudley (Dkt. 55-8), which were originally filed in support of its opposition to Plaintiffs' motion for conditional certification.  As a result, with Plaintiff's consent, Defendant is no longer required to prepare and serve responses to Plaintiffs' RFAs as to Blehm, Caracciolo, Dodson, and Dudley.

We thank Your Honor for your attention and consideration in this matter.


Respectfully submitted,

*/s/ Christine L. Hogan*

Christine L. Hogan

Cc:    All Counsel of Record