ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: Jan. 25, 2019  
START: 4:45 pm  
END: 5:45 pm

DOCKET NO: 17-cv-04780

CASE: <u>Mason et al v. Lumber Liquidators, Inc.</u>

- ☐ INITIAL CONFERENCE
- ☒ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- ☒ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☒ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | Justin Marino |
|  | JR Stevenson |
|  |  |

| DEFENDANT | ATTORNEY |
|---|---|
|  | Christine Hogan |
|  |  |
|  |  |

- ☐ DISCOVERY TO BE COMPLETED BY _____
- ☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- ☐ PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: <u>PLEASE TYPE THE FOLLOWING ON DOCKET SHEET</u>

For the reasons stated on the record, the Court denies in substantial part plaintiffs' January 14, 2019 motion to compel (DE #60) except that: (1) Defendant will, as agreed, produce responsive Excel files by February 1, 2019; and (2) for disclosed documents that are not ESI, defendant will, by January 30, 2019, specify (by Bates ranges) the document requests to which those documents relate. In addition, defendant agrees that going forward, it will identify the store to which produced documents relate.

Counsel are directed to confer to resolve any issues regarding defendant's privilege log.