ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: May 21, 2019  
START: 5:35 pm  
END: 6:35 pm

DOCKET NO: 17 CV 4780  
CASE: Mason v. Lumber Liquidators

- [ ] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [x] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [x] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

PLAINTIFF — ATTORNEY: Justin Marino; J.R. Stevenson

DEFENDANT — ATTORNEY: Christine Hogan

- [ ] DISCOVERY TO BE COMPLETED BY _____
- [ ] NEXT _____ CONFERENCE SCHEDULED FOR _____
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

For the reasons stated on the record, the Court rules that defendant must provide a corrective communication to all current employees who are putative opt-ins to the collectives conditionally certified by the Court, and the Notices to be sent to the collectives should be modified to include corrective language; the notice to be posted in the workplace will also include corrective language. In addition, until the opt-in period has closed, defendant shall not communicate with the putative opt-ins pertaining to this lawsuit (or arbitration) except as approved

by the Court. The Court does not and need not decide the validity of the arbitration agreement at this stage of the litigation; any future motion concerning that issue should be addressed to the District Court.

Counsel shall confer and, by May 28, 2019, shall file (preferably jointly) proposed corrective language.