

**Littler Mendelson, PC**
900 Third Avenue
New York, NY 10022.3298

Christine L. Hogan
212.583.2676 direct
212.583.9600 main
212.898.1116 fax
clhogan@littler.com

May 23, 2019

**VIA ECF**

District Judge Margo K. Brodie
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Mason v. Lumber Liquidators, Inc.,* **Case No. 17-CV-4780 (MKB) (RLM)**

Dear Judge Brodie,

This office represents Defendant Lumber Liquidators, Inc. ("Defendant") in the above-referenced matter.

On May 13, 2019, Magistrate Judge Roanne L. Mann issued an order granting Plaintiffs' motion for conditional certification of a nationwide FLSA collective action, pursuant to 29 U.S.C. § 216(b), and for court-authorized notice (the "Order"). *See* Dkt. 70. As such, per Federal Rules of Civil Procedure Rule 72, Defendant's deadline to file its objections to Magistrate Judge Mann's Order is May 28, 2019.

Defendant respectfully requests an extension of time of two weeks through June 11, 2019 to file its objections to the Order. Plaintiffs consent to an extension of time for Defendant to file its Rule 72 objections, provided such objections do not delay issuance of judicial notice. If Defendant's request for an extension to file Rule 72 objections would delay issuance of judicial notice, Plaintiffs oppose any extension.

We thank Your Honor for your attention and consideration in this matter.

Respectfully submitted,

Christine L. Hogan

Cc:    All Counsel of Record