## COURT-ORDERED NOTICE REGARDING ARBITRATION AGREEMENTS

*Mason v. Lumber Liquidators, Store Managers and Store Managers-in-Training Overtime Litigation*

PLEASE READ THIS CAREFULLY

On April 4, 2019, your store received an email describing Lumber Liquidator's new Arbitration Agreement. In that email, we referenced two current ongoing cases involving Store Managers ("SMs") and Store Managers-in-Training ("SMITs") – the Mason case (filed in New York) and the Kramer case (filed in California). That email advised that employees who signed the arbitration agreement, or failed to opt-out of the agreement, would waive their right to participate in pending lawsuits. The court in Mason has directed that we clarify that email.

In the coming months, if you are an SM or SMIT, you may receive a court-authorized notice about the Mason case. That notice will give you additional information about the Mason case and will provide you with an opportunity to join the lawsuit to assert federal claims against Lumber Liquidators. In short, the plaintiffs in Mason allege that Lumber Liquidators violated federal wage law by failing to pay SMs and SMITs overtime premium compensation (or "time and one-half pay"). More specifically, plaintiffs allege (and Lumber Liquidator denies) that those employees were misclassified as exempt from the overtime requirements of the Fair Labor Standards Act. **The Court has ordered Lumber Liquidators to advise SMs and SMITs that regardless of whether you signed the Arbitration Agreement, or failed to opt out, you are nevertheless permitted to follow the procedures set forth in the court-authorized notice and submit a consent to join the Mason lawsuit.**

You will not be retaliated against or otherwise receive unfavorable treatment based on your willingness or not to participate in any lawsuit against Lumber Liquidators.

If you have questions regarding this Notice or the pending <u>Mason</u> litigation, and would like to communicate with plaintiffs' counsel, you may contact them at:

Justin R. Marino, Esq.
J.R. Stevenson, Esq.
STEVENSON MARINO LLP
75 Maiden Lane, Suite 402
New York, NY 10038
(212)939-7227
LLClassAction@StevensonMarino.com
www.stevensonmarino.com

THIS NOTICE HAS BEEN ORDERED BY CHIEF UNITED STATES MAGISTRATE JUDGE ROANNE L. MANN.  THE COURT HAS TAKEN NO POSITION REGARDING THE LAWSUIT'S MERITS.  PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.