ROANNE L. MANN  DATE: June 14, 2019
UNITED STATES MAGISTRATE JUDGE  START: 10:00 am
  END: 10:40 am

DOCKET NO: 17-cv-4780

CASE: Mason et al v. Lumber Liquidators, Inc.

☐ INITIAL CONFERENCE  ☐ OTHER/ORDER TO SHOW CAUSE
☐ DISCOVERY CONFERENCE  ☐ FINAL/PRETRIAL CONFERENCE
☐ SETTLEMENT CONFERENCE  ☑ TELEPHONE CONFERENCE
☑ MOTION HEARING  ☐ INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | Justin Marino |
|  | John Russell Stevenson |
|  |  |

| DEFENDANT | ATTORNEY |
|---|---|
|  | Christine Hogan |
|  |  |
|  |  |

☐ FACT DISCOVERY TO BE COMPLETED BY September 16, 2019
☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
☐ PL. TO SERVE DEF. BY: _____  DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Plaintiffs' motion to compel discovery (DE #85) is granted in limited part only, and defendant's motion to stay discovery (DE #90) is denied. With respect to plaintiffs' discovery demands regarding arbitration agreements, defendant is directed to produce only those additional documents that defendant has agreed to produce; plaintiffs are encouraged to consider withdrawing their objection to defendant's adding an affirmative defense concerning arbitration agreements. Regarding plaintiffs' demand

for production of discovery on a nationwide basis, the Court observes that notice to the collective has not yet gone out (plaintiffs expect to send out notice on Monday); until the 60-day opt-in period closes, the scope of the collective remains uncertain. The parties consent to extend fact discovery until September 16, 2019 and to defer nationwide discovery until the opt-in period closes. A joint status report is due by September 20, 2019.