ROANNE L. MANN                                    DATE: _____January 3, 2020_____
UNITED STATES MAGISTRATE JUDGE        START: _3:35 pm_
                                                                    END: _4:45 pm_

DOCKET NO: 17-cv-4780 (MKB) _____

CASE: Mason et al. v. Lumber Liquidators, Inc. _____

☐  INITIAL CONFERENCE            ☐  OTHER/ORDER TO SHOW CAUSE
☑  DISCOVERY CONFERENCE          ☐  FINAL/PRETRIAL CONFERENCE
☐  SETTLEMENT CONFERENCE         ☑  TELEPHONE CONFERENCE
☑  MOTION HEARING                ☐  INFANT COMPROMISE HEARING

**PLAINTIFF**

| | ATTORNEY |
|---|---|
| | Justin Marino |
| | J.R. Stevenson |
| | |

**DEFENDANT**

| | ATTORNEY |
|---|---|
| | Christine Logan |
| | Kevin Yam |
| | |

☐ _____ DISCOVERY TO BE COMPLETED BY _May 31, 2020_ ____
☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
☐ PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS:   PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court grants the parties' joint request to extend the period for collective discovery until May 31, 2020 (DE #176); hears argument on their various disputes as to the scope of that discovery (compare DE #177 with DE #179); and resolves most of those disputes, with counsel to confer further on the one open issue. By January 10, 2020, the parties shall file their proposed agreement, modified to reflect the Court's rulings and any additional agreements of

the parties, including any proposal for
a further extension of discovery beyond
May 31, 2020.