

June 17, 2021

<u>Via ECF</u>
The Honorable Margo K. Brodie
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *Mason v. Lumber Liquidators, Inc.*
      <u>No. 17 Civ. 04780 (MKB)(RLM)</u>

Dear Chief Judge Brodie:

  Together with Stevenson Marino LLP, we represent Plaintiffs in the above-referenced matter. We write together with counsel for Defendant to seek an order extending the deadline to file a motion for approval of settlement from June 18, 2021 to on or before July 1, 2021.

  The Parties have continued to make progress on negotiating the terms of a formal settlement agreement since they filed their May 26, 2021 status update, ECF No. 227. Specifically, they have exchanged drafts of the formal settlement agreement, which has not yet been finalized.

  Accordingly, the Parties jointly request an extension of the deadline to file a motion for approval of settlement to on or before July 1, 2021. The requested extension of the deadline to file a motion for approval of settlement is the second request as to this deadline, and the extension if granted will not affect any other scheduled dates.

            Respectfully submitted,

            Justin M. Swartz

  cc: Counsel of Record (via ECF)

**New York** 685 Third Avenue 25th Floor New York, NY 10017 Tel (212) 245-1000 Fax (646) 509-2060
**San Francisco** One California Street 12th Floor San Francisco, CA 94111 Tel (415) 638-8800 Fax (415) 638-8810
**Washington DC** 601 Massachusetts Ave NW Suite 200W Washington, DC 20001 Tel (202) 847-4400 Fax (202) 847-4410

www.outtengolden.com