UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHLEIGH MASON, DAN MORSE, RYAN CARROLL, OSAGIE EHIGIE, NEREIDA BODNAR (individually and as Personal Representative of the Estate of Travis Streeter), on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  -against-<br><br>LUMBER LIQUIDATORS, INC.,<br><br>    Defendant. | Civ. No.: 17-cv-04780 (RLM) |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT, SERVICE AWARDS, AND ATTORNEYS' FEES AND COSTS**

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of their Unopposed Motion for Approval of Settlement, Service Awards, and Attorneys' Fees and Costs and the Declaration of Justin M. Swartz ("Swartz Decl.") and accompanying exhibits, Plaintiffs respectfully request that the Court enter an Order:

(1) approving the $7,000,000 settlement set forth in the Joint Stipulation of Settlement and Release;

(2) approving the proposed Settlement Notice and directing its distribution;

(3) approving Service Awards to Plaintiffs;

(4) approving Plaintiffs' request for one-third of the settlement for attorneys' fees, plus reimbursement of costs and expenses;

(5) approving the Settlement Administrator's fees and costs;

(6) incorporating the terms of the Settlement Agreement;

(7) dismissing this case without prejudice, with leave to reinstate on or before 180 days after the first Settlement Notices are sent, and in the event a motion to reinstate is not filed within that period, deeming the case dismissed with prejudice without further order of the Court; and

(8) retaining jurisdiction to enforce the Settlement Agreement

Dated: April 6, 2022

Respectfully submitted,

/s/ Justin M. Swartz
Justin M. Swartz
OUTTEN & GOLDEN LLP
685 Third Ave 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
Email: jms@outtengolden.com

Pooja Shethji (*pro hac vice*)
OUTTEN & GOLDEN LLP
601 Massachusetts Ave. NW
Suite 200W
Washington, DC 20001
Telephone: (202) 847-4400
Facsimile: (646) 952-9114
Email: pshethji@outtengolden.com

Justin R. Marino
J.R. Stevenson
Jeffrey R. Maguire
STEVENSON MARINO LLP
75 Maiden Lane, Suite 402
New York, New York 10038
Telephone: (212) 939-7228
Facsimile: (212) 531-6129
Email: jmarino@stevensonmarino.com
Email: jrs@stevensonmarino.com
Email: jmaguire@stevensonmarino.com

*Attorneys for Plaintiffs*